UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL              **JS-6**

| | |
|---|---|
| Case No. | **CV 10-6746-DMG (RCx)** |
| Date | February 24, 2011 |

Title   DAVID TYSON   V.   NEW CENTURY MORTGAGE

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)**   **ORDER AND NOTICE TO ALL PARTIES**

In light of plaintiff's letter, filed February 24, 2011, requesting that his case be dismissed without prejudice, the Court hereby **ORDERS** the above case dismissed without prejudice pursuant to F. R. Civ. P. 41(a)(1)(A)(i).

cc:  david@davidtyson.net

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk VRV |